UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>ANDREW P. YANCEY,<br><br>             Defendant. | No. CR-09-015-EFS-11<br><br>ORDER GRANTING UNOPPOSED MOTION AND MODIFYING PRETRIAL CONDITIONS OF RELEASE |

Before the court is the Defendant, Andrew P. Yancey's Motion to Modify Conditions of Pretrial Release to remove the requirement of electronic home monitoring and to permit him to become employed. The court has considered the Motion, without oral argument, and finds that there is good cause to grant the requested relief.

**IT IS ORDERED** that Defendant's unopposed Motion to Modify the Conditions of Pretrial Release **(Ct. Rec. 638)** is **GRANTED.** The requirement that the Defendant be on electronic home monitoring is hereby removed, the Defendant shall be permitted to seek employment, and upon finding employment, shall be permitted to work. The Defendant shall notify U.S.P.O. Ann Sauther as to his plans for seeking employment and thereafter shall provide her office with the name and address of his employer and his work schedule. All other standard and any special conditions of the Defendant's pretrial

release shall remain in full force and effect.

DATED April 29, 2009.

```
                 S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE
```

ORDER GRANTING UNOPPOSED MOTION AND MODIFYING
PRETRIAL CONDITIONS OF RELEASE - 2