PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 05 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Andrew P. Yancey                    Case Number: 0980 2:09CR00015-011

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, United States District Judge

Date of Original Sentence: July 14, 2010          Type of Supervision: Term Of Supervised Release

Original Offense: Knowingly or Intentionally Using a          Date Supervision Commenced: October 5, 2012
Communication Facility in Committing or in Causing
or Facilitating the Commission of a Title 21 Drug
Felony Offense, 21 U.S.C. § 843(b)

Original Sentence: Prison - 40 Months          Date Supervision Expires: October 4, 2013
                   TSR - 12 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19.     You shall complete 25 hours of community service work, at the rate of not less than 25 hours per month at
        a not-for-profit site approved in advance by the supervising probation officer.  The hours are to be
        completed in full no later than October 4, 2013.

## CAUSE

On August 24, 2013, Mr. Yancey was arrested for driving while under the influence in Spokane Valley, Washington.
Mr. Yancey was speeding when he was stopped by the Washington State  Patrol.  He provided a voluntary breath
sample which showed a reading of .175.  Mr. Yancey contacted this officer on Monday, August 26, 2013, to notify
of the new arrest.  Mr. Yancey's next court hearing in state court is scheduled for September 25, 2013.  Mr. Yancey
immediately made contact with Adept Assessment-Treatment Center and re-enrolled himself in intensive outpatient
treatment.  This program requires him to attend substance abuse classes three times a week for three hours a day.  Mr.
Yancey will lose his driver's license.  He will be applying for a temporary interlock device in order to allow him to
continue with work, attend court and treatment.  Mr. Yancey's mother will be undergoing surgery to remove her
tonsils on September 9, 2013, prior to her departure to the Phillipines.  Mr. Yancey originally intended to join his
parents in the Phillipines once he was off supervised release.  He will not be able to accompany his parents due to the
state court process on this pending offense.  He will most likely be required by the state to complete a treatment
program.  Mr. Yancey has agreed to perform 25 hours of community service in order to allow his Federal supervision
to terminate on October 4, 2013.  This would appear to be an appropriate sanction for committing a new offense, as
the state court system will be holding Mr. Yancey accountable.

Prob 12B
**Re: Yancey, Andrew P.**
**September 4, 2013**
**Page 2**

Respectfully Submitted,

by      s/Anne L. Sauther
_____

Anne L. Sauther
U.S. Probation Officer
Date:  September 4, 2013

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

9/5/13
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19    You shall complete 25 hours of community service work, at the rate of not less than 25 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than October 4, 2013.


Witness: _____        Signed: _____
                  Anne L. Sauther                                          Andrew P. Yancey
              U.S. Probation Officer                            Probationer or Supervised Releasee

                              _____
                                     9/4/13
                                     Date